UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

RAMON LIZARDI,

Defendant.

11-CR-1032-55 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received defendant Ramon Lizardi's *pro se* motion for compassionate release and materials in support of this motion. Dkt. 2513. The Court reappoints Lizardi's trial counsel, Florian Miedel, Esq., and Russell T. Neufeld, Esq., for the limited purpose of submitting a memorandum of law in support of this application. Such letter is due by September 11, 2020. The Government's response is due by September 18, 2020.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 27, 2020
       New York, New York