
Miedel & Mysliwiec LLP

September 9, 2020

Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Ramon Lizardi, 11-CR-1032 (PAE)

Dear Judge Engelmayer:

After receiving a *pro se* motion for compassionate release from Ramon Lizardi, the Court appointed me to file a supplemental submission on Mr. Lizardi's behalf by September 11, 2020. With the consent of the government, I respectfully request a 2-week extension to file my brief.

My ability to communicate with Mr. Lizardi, who is incarcerated at Ft. Dix, has been hampered by the restrictions put in place by the Bureau of Prisons, and I need more time to discuss the particulars of his case with him. Moreover, Mr. Lizardi mailed a set of papers to me for use in my brief. Unfortunately, he sent it to the wrong address and it was returned to him. All of this has impacted my ability to submit a brief by September 11. Accordingly, I respectfully ask the Court to extend my deadline for submission to September 25th, and the government's corresponding deadline to October 2nd.

As noted, the government consents to this request. Thank you for your consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Ramon Lizardi*

Granted.

SO ORDERED.

cc:   AUSA Marguerite Colson

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

September 10, 2020