UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                 **ORDER**

RAMON LIZARDI

                                                                  11 Cr. 1032-55 (PAE)

                Defendant
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      WHEREAS Defendant Ramon Lizardi is serving a sentence at Fort Dix Federal Correctional Institution;

      WHEREAS the Court has granted Defendant's Motion for Release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and has ordered that Defendant serve the first six month of his release in a Residential Reentry Center (RRC);

      WHEREAS the Bureau of Prisons can place Defendant in an RRC located in Brooklyn, New York, as early as October 16, 2020;

IT IS HEREBY ORDERED:

      That Defendant Ramon Lizardi be released from custody at Fort Dix FCI and be placed in the Brooklyn RRC on October 16, 2020 for a period of six months.

DATED:    New York, New York
               October 14, 2020

SO ORDERED:

*Paul A. Engelmayer*
_____
THE HONORABLE PAUL A. ENGELMAYER
United States District Court Judge
Southern District of New York