UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                          **ORDER**

RAMON LIZARDI

                                            11 Cr. 1032-55 (PAE)

              Defendant
--------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      In light of the Defendant's placement in the Brooklyn RRC starting on October 16, 2020,

as part of the conditions of his supervised release, the Court's previous Order, dated October 9,

2020, directing Defendant's release from custody on October 19, 2020, is amended and the Court

ORDERS Defendant Ramon Lizardi's release from custody at Fort Dix FCI on October 16,

2020.

DATED:     New York, New York
            October 15, 2020

                          SO ORDERED:

                          _____
                          THE HONORABLE PAUL A. ENGELMAYER
                          United States District Court Judge
                          Southern District of New York