UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                           **ORDER**

RAMON LIZARDI,

                                                                11 Cr. 1032-55 (PAE)

                Defendant
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge, ORDERS:

1. Ramon Lizardi is hereby released from his current placement in the Brooklyn RRC.

2. As part of the conditions of his supervised release, Mr. Lizardi must immediately begin a 120-day term of home confinement at an address approved by the Department of Probation.

3. The Probation Department shall employ location monitoring technology at the discretion of the supervising officer. The selected form of location monitoring technology shall be utilized to monitor restrictions imposed on Mr. Lizardi's movement in the community, as well as other court-imposed conditions of release.

4. During the 120-day term, Ramon Lizardi is restricted to his residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as preapproved by the Probation Officer.

DATED:   New York, New York
         December 16, 2020

                                            SO ORDERED:

                                        *Paul A. Engelmayer*
                                        THE HONORABLE PAUL A. ENGELMAYER
                                        United States District Court Judge
                                        Southern District of New York